UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 APR 13 A 11: 47

CLERK M. akm
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff ) | Case No. CR122-033 |
| v. ) | COUNT ONE |
| ) | Possession of Controlled Substance |
| KANSAS SMITH, ) | 21 U.S.C. §844(a) |
| Defendant ) | COUNT TWO |
| ) | Possession of Controlled Substance |
| ) | 21 U.S.C. §844(a) |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
*Possession of Controlled Substance.*
21 U.S.C. §844(a)

On or about the 29th day of October, 2021, in the Southern District of Georgia, the defendant,

KANSAS SMITH,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, did unlawfully, knowingly and intentionally possess some amount of Heroin, a Schedule I controlled substance,

such act constituting a misdemeanor in violation of Title 21, United States Code, Section 844(a).

## COUNT TWO
*Possession of Controlled Substance.*
21 U.S.C. §844(a)

On or about the 29th day of October, 2021, in the Southern District of Georgia, the defendant,

### KANSAS SMITH,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, did unlawfully, knowingly and intentionally possess approximately 1.85 grams of Methamphetamine and Fentanyl, Schedule II controlled substances, such act constituting a misdemeanor in violation of Title 21, United States Code, Section 844(a).

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Sierra Tyrrel*
Sierra Tyrrel
Special Assistant United States Attorney
District of Columbia Bar # 1657075
Office of the Staff Judge Advocate
Fort Gordon, GA  30905-5904
(706) 791-1254; Fax 791-1749